M.D. Appeal Dkt.
68 MAP 2018

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 315 MAL 2018
                                       :

           Respondent           :

                                       :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court

              v.                        :

MICHAEL A. MOCK,                 :

           Petitioner            :


**ORDER**


**PER CURIAM**

     **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

> Did the Superior Court erroneously interpret 75 Pa.C.S. § 3806 as providing that an offender who *commits* a prior driving under the influence ("DUI") offense more than ten years before his commission of a present DUI offense, but is *convicted* of the prior DUI offense within ten years of his commission of his present DUI offense, has a "prior offense" for purposes of the grading of, and/or sentencing on, the present DUI offense?